**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-7140**

———————————

ASHANN-RA, a/k/a Christopher Dozier,

                                     Petitioner - Appellant,

    versus

RONALD ANGELONE, Director of Virginia Depart-
ment of Corrections,

                                 Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leone M. Brinkema, District
Judge. (CA-99-54)

———————————

Submitted: February 8, 2000        Decided: August 14, 2000

———————————

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Ashann-Ra, Appellant Pro Se. Pamela Anne Sargent, Assistant Attor-
ney General, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ashann-Ra seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Ashann-Ra v. Angelone, No. CA-99-54 (E.D. Va. July 20, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED